**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION**

| | |
|---|---|
| JOHN JOHNSON ) | |
| ) | |
| v. ) | Civil Case No. 2:13-0099 |
| ) | Judge Kevin H. Sharp |
| AMERIDOSE, LLC, et al ) | |

**O R D E R**

Pursuant to the Conditional Transfer Order (CTO-23) of the Judicial Panel on Multidistrict Litigation, MDL No. 2419, this case is hereby transferred to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and electronically transmit the record to the United States District Court for the District of Massachusetts.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE